DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**YASMANY NOA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2859

[August 6, 2026]

Appeal of a 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Susan L. Alspector, Judge; L.T. Case No. 062012CF014282A88810.

Yasmani Noa, Century, pro se.

James Uthmeier, Attorney General, Tallahassee, and Paul Patti, III, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, SHEPHERD and SHAW, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***